| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Alexander Chen, 245798<br>Inhouse Co.<br>7700 Irvine Center Drive<br>Irvine, CA 92618 | 949-250-1555 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>None | |
| Insert name of court, judicial district or branch court, if any:<br>United States Bankruptcy Court, Northern District of California<br>280 S. 1st St #3035<br>San Jose, CA 95113-3099 | | |

| PLAINTIFF: |
|---|
| ASMODUS, INC. A California Corporation |

| DEFENDANT: |
|---|
| Junbiao Ou., et al., |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>5:16-CV-03305-NC |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons, Complaint, Civil Case Cover Sheet, Case Management Order, Order Setting Initial Case management Conference and ADR deadline, Certificate of Interested Parties, Consent or Declination To Magistrate Judge Jurisdiction, Report on Filing Patent

BY FAX

2. Party Served:    Shenzhen Sigelei Technology Co. LTD A Chinese Comany

3. Person Served:    party in item 2

   a. Left with:    HU OAW - Co-Occupant

4. Date & Time of Delivery:    07/06/2016    10:53AM

5. Address, City and State:    12511 Vista Verde Drive
                               Rancho Cucamonga, CA 91739

6. Manner of Service:    By leaving the copies with or in the presence of HU OAW, a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 89.40

Registered California process server.
County: SAN BERNARDINO
Registration No.: 1479
Expiration:    Jeffery G. Dunn, Sr
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 07/13/2016 at Los Angeles, California.

Signature: ⁷
                Jeffery G. Dunn, Sr

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Alexander Chen, 245798<br>Inhouse Co.<br>7700 Irvine Center Drive<br>Irvine, CA 92618<br>ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: 949-250-1555 | FOR COURT USE ONLY |
|---|---|---|
| | Ref. No. or File No. None | |
| Insert name of court, judicial district or branch court, if any:<br>United States<br>280 S. 1st St #3035<br>San Jose, CA 95113-3099 | | |

| PLAINTIFF: ASMODUS, INC. A California Corporation |
|---|
| DEFENDANT: Junbiao Ou., et al., |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 5:16-CV-03305-NC |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 07/13/2016, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Complaint, Civil Case Cover Sheet, Case Management Order, Order Setting Initial Case management Conference and ADR deadline, Certificate of Interested Parties, Consent or Declination To Magistrate Judge Jurisdiction, Report on Filing Patent

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Shenzhen Sigelei Technology Co. LTD A Chinese Comany
Junbiao Ou
12511 Vista Verde Drive
Rancho Cucamonga, CA 91739

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 89.40

| Jesse Villalta<br>One Legal - 194-Marin<br>504 Redwood Blvd #223<br>Novato, CA 94947 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 07/13/2016 at Los Angeles, California.<br><br>_____<br>Jesse Villalta |
|---|---|