Alexander Chen [SBN 245798]
Alexc@inhouseco.com
Omid Shabani [SBN 267447]
Os@inhouseco.com
INHOUSE CO.
1 Almaden Blvd Suite 810
San Jose, Ca. 95113
Telephone: (408) 918-5393
Facsimile: (714) 882-7770

Attorney for Plaintiffs,
Asmodus, Inc. and Hsueh Cheng Yin

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASMODUS, INC.**, a California corporation, **HSUEH CHENG YIN**, an individual, <br><br>          Plaintiffs, <br><br>     vs. <br><br> **JUNBIAO OU, an individual; SHENZHEN SIGELEI TECHNOLOGY CO., LTD**, a Chinese company; **DONGGUAN SHENXI HARDWARE ELECTRONICS TECHNOLOGY CO., LTD**, a Chinese company; **DONGGUAN WEHE ELECTRONIC TECHNOLOGY Co. Ltd.**, a Chinese company; **SHENZHEN LSM TECHNOLOGY LTD.**, a Chinese company; **ACM SUPPLIES INC**; **GLOBAL VAPING LLC**, a Nevada limited liability company; Isaac Walker, an individual and DOES 1 through 50, inclusive, <br><br>          Defendants. | Case No.: 5:16-cv-02511-JGB-DTB <br> Assigned To: Hon. Edward J. Davila <br><br> **PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT GLOBAL VAPING, LLC** <br><br> (F.R.C.P. 55) |

1

PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT          ASMODUS INC. v. JUNBIAO OU
AGAINST DEFENDANT GLOBAL VAPING, LLC             Case No.: 5:16-cv-02511

**TO: THE CLERK OF THE ABOVE ENTITLED COURT:**

Plaintiffs herein hereby request that the Clerk of the above-entitled Court enter default in this matter against Defendant Global Vaping, LLC. (hereinafter "Global Vaping") on the grounds that said Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure and by this Court. Plaintiffs served the First Amended Complaint on the Defendant Global Vaping, LLC on December 27, 2016, evidenced by the Proof of Service of Summons on file with this Court. See Docket No. 53.

The above stated facts are set forth in the accompanying declaration of Alexander Chen filed herewith.

DATED: March 14, 2017                    **INHOUSE CO.**

By: s/s Alexander Chen
Alexander Chen, Esq.
Omid Shabani, Esq.
Attorney for Plaintiffs Asmodus, Inc. and
Hsueh Cheng "Eddie" Yin

2

PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT                ASMODUS INC. v. JUNBIAO OU
AGAINST DEFENDANT GLOBAL VAPING, LLC                    Case No.: 5:16-cv-02511

## CERTIFICATE OF SERVICE

I, Sharon Shepard, declare as follows:

I am over the age of 18 years, and not a party to this action.  My business address is 7700 Irvine Center Drive, Suite 800, Irvine, CA 92618, which is located in the county where the service described below took place.

On March 14, 2017, I caused to be served of the following document(s):

**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT GLOBAL VAPING, LLC; DECLARATION OF ALEXANDER CHEN**

to the following recipients by enclosing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid via first class mail:

Global Vaping, LLC
1500 S. Milliken #F
Ontario, CA 91761

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 14th day of March, 2017 at Irvine, California.

                              /s/ Sharon Shepard
                              Sharon Shepard