Clark Anthony Braunstein, Esq. (SBN 278023)
Clark@braunsteinpc.com
Annie Berlin, Esq. (SBN 290508)
Annie@braunsteinpc.com
**BRAUNSTEIN & BRAUNSTEIN, P.C**.
11755 Wilshire Boulevard, Suite 2140
Los Angeles, California 90025
(310) 914-4999 (Telephone)
(310) 914-4996 (Facsimile)

Attorneys for Defendants
Junbiao Ou, Shenzhen Sigelei Technology Co., Ltd.;
ACM Supplies LLC, Global Vaping, LLC

William R. Walz, Esq. SBN 136995
Alexander Chen, Esq., SBN 245798
**InHouse Co. Law Firm**
7700 Irvine Center Drive, Suite 800
Irvine, California 92618
Tel: (949) 250-1555
Fax: (714) 882-7770

Attorneys for Plaintiffs
Asmodus, Inc., and Hsueh Cheng Yin

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ASMODUS, INC., et al.<br><br>                    Plaintiffs,<br>    vs.<br><br>JUNBIAO OU, et al.<br>                    Defendants | **Case No: 5:16-cv-02511-JGB-DTB**<br>(Assigned to the Hon. Jesus G. Bernal)<br><br>**JOINT STIPULATION TO SET ASIDE ENTRY OF DEFAULT**<br><br>**[Filed Concurrently with [Proposed] Order]** |

---

JOINT STIPULATION TO SET ASIDE ENTRY OF DEFAULT FED. R. C. PROC. 55(C)

**JOINT STIPULATION**

Plaintiffs Asmodus, Inc. ("Asmodus") and Hsueh Cheng Yin ("Yin") (Collectively "Plaintiffs") and Defendants Junbiao Ou ("Ou"), Global Vaping, LLC ("Global") and Shenzhen Sigelei Technology Co Ltd. ("Sigelei") (Collectively "Defendants"), by and through their respective attorneys of record, hereby submit the following stipulation requesting that the Court enter an Order Setting aside the Defaults entered on March 21, 2017 in this matter.

WHEREAS, On March 14, 2017, Plaintiffs filed a Request for Entry of Default against Defendants with a hearing date set for March 28, 2017, at 10:00 A.M. (Dkt. 67-69.)

WHEREAS, on March 15, 2017, Defendants' new counsel, the attorneys at Braunstein & Braunstein, PC, filed a Request to Substitute Attorney in for existing litigation counsel Robert Klein. (Dkt. 72.)

WHEREAS, on March 15, 2017, Plaintiffs filed a Motion for Preliminary Injunction with a hearing date set for April 17, 2017. (Dkt 73.)

WHEREAS, on March 21, 2017, the Clerk Entered the Default against Defendants. (Dkt. 74-76.)

WHEREAS, Since March 21, 2017, Plaintiffs' counsel and Defendants counsel have met and conferred regarding setting aside the default.

WHEREAS, on March 24, 2017, Plaintiffs' counsel and Defendants' counsel have agreed to set aside the Default entered against Defendants in order to allow Defendants to file their response to the Pleadings on or before March 27, 2017.

WHEREAS, the Parties hereto agree that good cause exists to set aside the default and the stipulation reached in good faith.

Accordingly, the parties hereby stipulate and agree as follows:

1) The Default entered against Defendant Junbiao Ou on March 21, 2017, shall be vacated and set aside.

2) Junbiao Ou shall file his response to the First Amended Complaint on or before March 27, 2017.

3) The Default entered against Global Vaping, LLC on March 21, 2017, shall be vacated and set aside.

4) Global Vaping, LLC, shall file its response to the First Amended Complaint on or before March 27, 2017.

5) The Default entered against Shenzhen Sigelei Technology Co Ltd. on March 21, 2017, shall be vacated and set aside.

6) Shenzhen Sigelei Technology Co Ltd. shall file its response to the First Amended Complaint on or before March 27, 2017.

Dated:  March 24, 2017                              BRAUNSTIEN & BRAUNSTEIN, PC

                                                    By: __/s/Clark Anthony Braunstein_____
                                                        Clark Anthony Braunstein
                                                        Annie Berlin
                                                        Attorney for Defendants

Dated: March 24, 2017                               INHOUSE CO. LAW FIRM

                                                    By: __/s/William R. Walz_____
                                                        William R. Walz
                                                        Alexander Chen
                                                        Omid Shabani
                                                        Attorneys for Plaintiffs