Clark Anthony Braunstein, Esq. (SBN 278023)
    Clark@braunsteinpc.com
Annie Berlin, Esq. (SBN 290508)
    Annie@braunsteinpc.com
**BRAUNSTEIN & BRAUNSTEIN, P.C**.
11755 Wilshire Boulevard, Suite 2140
Los Angeles, California 90025
(310) 914-4999 (Telephone)
(310) 914-4996 (Facsimile)

Attorneys for Defendants
Junbiao Ou, Shenzhen Sigelei Technology Co., Ltd.;
ACM Supplies LLC, Global Vaping, LLC

William Walz, Esq., SBN 136995
ww@Inhouseco.com
Alexander Chen, Esq., SBN 245798
alexc@Inhouseco.com
InHouse Co. Law Firm
7700 Irvine Center Drive, Suite 800
Irvine, California 92618
Tel: (949) 250-1555
Fax: (714) 882-7770

Attorneys for Plaintiffs
Asmodus, Inc., and Hsueh Cheng Yin

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| ASMODUS, INC., et al.<br><br>                    Plaintiffs,<br>    vs.<br><br>JUNBIAO OU, et al.<br>                    Defendants. | **Case No: 5:16-cv-02511-JGB-DTB**<br>(Assigned to the Hon. Jesus G. Bernal)<br><br>**[Proposed] ORDER RE: JOINT STIPULATION TO SET ASIDE ENTRY OF DEFAULT** |

# [Proposed] ORDER

The Court having read and considered the Joint Stipulation to Set aside Entry of Default, filed by Plaintiffs Asmodus, Inc. ("Asmodus") and Hsueh Cheng Yin ("Yin") and Defendants Junbiao Ou ("Ou"), Global Vaping, LLC ("Global") and Shenzhen Sigelei Technology Co Ltd. ("Sigelei"), by and through their respective attorneys of record, and good cause appearing, hereby rules as follows:

1) The Default entered against Defendant Junbiao Ou, on March 21, 2017, shall be vacated and set aside.

2) Junbiao Ou shall file his response to the First Amended Complaint on or before March 27, 2017.

3) The Default entered against Global Vaping, LLC, on March 21, 2017, shall be vacated and set aside.

4) Global Vaping, LLC, shall file its response to the First Amended Complaint on or before March 27, 2017.

5) The Default entered against Shenzhen Sigelei Technology Co Ltd., on March 21, 2017, shall be vacated and set aside.

6) Shenzhen Sigelei Technology Co Ltd. shall file its response to the First Amended Complaint on or before March 27, 2017.

IT IS SO ORDERED

Dated: March _____, 2017   _____
                            Honorable Jesus G. Bernal
                            United States District Court Judge