Alexander Chen [SBN 245798]
Alexc@inhouseco.com
William Walz [SBN 136995]
ww@inhouseco.com
Omid Shabani [SBN 267447]
Os@inhouseco.com
INHOUSE CO.
1 Almaden Blvd Suite 810
San Jose, Ca. 95113
Telephone: (408) 918-5393
Facsimile: (714) 882-7770

Attorney for Plaintiffs,
Asmodus, Inc. and Hsueh Cheng Yin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASMODUS, INC.**, a California corporation, **Hsueh Cheng Yin**, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**JUNBIAO OU, an individual; SHENZHEN SIGELEI TECHNOLOGY CO., LTD**, a Chinese company; **DONGGUAN SHENXI HARDWARE ELECTRONICS TECH-NOLOGY CO., LTD**, a Chinese company; **DONGGUAN WEHE ELECTRONIC TECHNOLOGY Co. Ltd.**, a Chinese company; **SHENZHEN LSM TECHNOLOGY Ltd.**, a Chinese company; ACM Supplies Inc.; **GLOBAL VAPING LLC**, a Nevada limited liability company; **Isaac Walker**, an individual and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:16-cv-02511-JGB-DTB<br>Assigned To: Hon. Jesus G. Bernal<br><br>PLAINTIFFS' NOTICE OF REQUEST TO CROSS-EXAMINE DECLARANT JUNBIAO OU PURSUANT TO CACD LOCAL RULE 7-8<br><br>Date:  April 17, 2017<br>Time: 9:00AM<br>Courtroom: 1 |

Plaintiffs' Notice of Motion and
Motion for Preliminary Injunction          1          Asmodus Inc., et. al. v. Ou, et. al.
                                                      Case No. 5:16-cv-02511-JGB-DTB

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS HEREIN:**

**PLEASE TAKE NOTICE THAT** Plaintiffs Hsueh Cheng Yin and Asmodus, Inc. (collectively "Plaintiffs") hereby requests to Cross-Examine Declarant JUNBIAO OU on April 17, 2017 at 9:00AM, pursuant to Central District of California Local Rule 7-8.

Declarant submitted declaration in support of Defendants' Opposition re: Notice of Motion and Motion for Preliminary Injunction (Dkt. 81) and are all within the subpoena power of the Court. Plaintiffs request that the Court issue an Order compelling Declarant's attendance at the April 17, 2017 hearing and authorize Plaintiffs ability to Cross-Examine the Declarant at the April 17, 2017 hearing on the Motion for Preliminary Injunction.

In the alternative, Plaintiffs request an Order authorizing Plaintiffs to conduct cross-examination of the Declarant by deposition taken on two (2) days' notice with the transcript being lodged five (5) days prior to the hearing.

Plaintiffs make this request in good faith and intend to cross-examine each of the declarant identified above.

Date: April 4, 2017               Respectfully Submitted,

                                  INHOUSE CO.

                            By:   /s/ Alexander Chen
                                  Alexander Chen, Esq.
                                  Omid Shabani, Esq.
                                  William Walz, Esq.

                                  Attorneys for Defendant Asmodus, Inc. et al.

Plaintiffs' Notice of Motion and
Motion for Preliminary Injunction            2            Asmodus Inc., et. al. v. Ou, et. al.
                                                          Case No. 5:16-cv-02511-JGB-DTB

## Certificate of Service

I hereby certify that I, Sharon Shepard, electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California, by using the Courts' CM/ECF system on April 4, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: April 4, 2017                                    InHouse Co. Law Firm


                                                        By:____/s/Sharon Shepard_____
                                                            Sharon Shepard