UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 16-2511 JGB (DTBx) | Date | April 18, 2017 |
| Title | *Asmodus, Inc., et al. v. Junbiao Ou, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order: (1) GRANTING in Part and DENYING in Part Defendants' Request to Cross-Examine Declarants Hsueh Cheng Yin, Renson Lee, Jayson Sy, and Tony Tran under Local Rule 7-8  (Dkt. No. 85); and (2) GRANTING Plaintiffs' Request to Cross-Examine Declarant Junbiao Ou under Local Rule 7-8  (Dkt. No. 88)  (IN CHAMBERS)

    Before the Court are: (1) Request to Cross-Examine Declarants Hsueh Cheng Yin, Renson Lee, Jayson Sy, and Tony Tran under Local Rule 7-8 filed by Defendants Junbiao Ou, Shenzhen Sigelei Technology Co., Ltd., Dongguan Shenxi Hardware Electronics Technology Co, Ltd., ACM Supplies LLC, and Global Vaping, LLC (Dkt. No. 85); and (2) Request to Cross-Examine Declarant Junbiao Ou under Local Rule 7-8 filed by Plaintiffs Asmodus, Inc. and Hsueh Cheng Yin.  On April 12, 2017, the Court continued the hearing on Plaintiffs' Motion for a Preliminary Injunction from April 17, 2017 to April 24, 2017 at 9:00 a.m.  (Dkt. No. 99.)

    Junbiao Ou and Hsueh Cheng Yin are subject to the Court's subpoena power and can reasonably be made available for the April 24, 2017 hearing on Plaintiffs' Preliminary Injunction Motion. (Dkt. Nos. 73, 99.)  Accordingly, the Court GRANTS Defendants' request as to Declarant Hsueh Cheng Yin, and DENIES Defendants' request as to Declarants Renson Lee, Jayson Sy, and Tony Tran.  Lastly, the Court GRANTS Plaintiffs' Request to Cross-Examine Declarant Junbiao Ou, and DENIES Junbiao Ou's request to appear telephonically.  (Dkt. No. 94.)  Plaintiff is ordered to produce Hsueh Cheng Yin in person and make him available for cross examination on April 24, 2017 at 9:00 a.m.  Similarly, Defendants are ordered to produce Junbiao Ou in person and make him available for cross examination on the same date and time.

    **IT IS SO ORDERED.**