UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:16-cv-02511-JGB-(DTBx)                                    Date: June 23, 2017

Title  Asmodus, Inc. et al v. Junbiao Ou et al

Present: The Honorable:   JESUS G. BERNAL, U.S. DISTRICT JUDGE

| GABRIELA GARCIA | ADELE FRAZIER |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Alexander Chen | Clark Anthony Braunstein |
| William Walz | |

**Proceedings:** **HEARING ON EX PARTE APPLICATION TO ENFORCE THIS COURT'S ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [126]**

    Case called. Counsel state their appearances. The Court heard argument. Separate order to issue.

: 09

**Initials of Preparer**   GGA