George G. Braunstein, Esq. (SBN 134602)
    George@braunsteinpc.com
Clark Anthony Braunstein, Esq. (SBN 278023)
    Clark@braunsteinpc.com
Annie Berlin, Esq. (SBN 290508)
    Annie@braunsteinpc.com
**BRAUNSTEIN & BRAUNSTEIN, P.C.**
11755 Wilshire Boulevard, Suite 2140
Los Angeles, California 90025
(310) 914-4999 (Telephone)
(310) 914-4996 (Facsimile)

Attorneys for Defendants and Counterclaimants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ASMODUS, INC., a California corporation; HSUEH CHENG YIN, an individual | **Case No: 5:16-cv-02511-JGB-DTB** (Assigned to the Hon. Jesus G. Bernal) |
| Plaintiffs, | |
| vs. | **NOTICE OF SETTLEMENT** |
| JUNBIAO OU, et al. | |
| Defendants | |
| JUNBIAO OU, an individual; SHENZHEN SIGELEI TECHNOLOGY CO. LTD, a Chinese Company | |
| Counterclaimants, | |
| vs. | |
| ASMODUS, INC., et al. | |
| Counter-defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that the above mentioned case has been settled in its entirety. The parties anticipate filing a Joint Motion for Dismissal with prejudice as to all parties, with respect to the Appeal, the Complaint and Counterclaims, within 45 days. The Parties requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after September 6, 2017 for filing a Joint Dismissal.

Respectfully Submitted,

Dated: July 21, 2017

BRAUNSTEIN & BRAUNSTEIN, P.C.

By: /s/Clark Anthony Braunstein
Clark Anthony Braunstein
Attorneys for Defendants and Counterclaimants Junbiao Ou, Shenzhen Sigelei Technology Co., Ltd.; Dongguan Shenxi Hardware Electronics Technology Co, Ltd, ACM Supplies LLC, and Global Vaping, LLC

Dated July 21, 2017

INHOUSE CO. LAW FIRM

By: _____
Alexander Chen
Attorney for Plaintiffs and Counter-Defendants Asmodus, Inc. and Hsueh Cheng Yin,

1
NOTICE OF SETTLEMENT